DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

15 DECEMBER 2015

| | | | |
|---|---|---|---|
| 332PA14-2 | State v. Gregory Aldon Perkins | 1. Def's Notice of Appeal Based on A Constitutional Question (COA15-15) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's Motion to Withdraw as Private Assigned Counsel | 3. Allowed |
| | | 4. Def's Motion to Appoint the Appellate Defender | 4. Allowed |
| | | 5. State's Motion to Dismiss Appeal | 5. Allowed |
| 331P15 | State v. Harley Ray Alligood, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Beaufort County (COAP15-103) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 338P15 | State v. Christopher Adam Turbyfill | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1003) | Denied |
| 341A15 | Julie Lancaster and Brannon Lancaster v. Harold K. Jordan and Co., Inc., Withers & Ravenel, Inc., Arthur R. Cogswell, and Lighthouse Engineering, PA | 1. Plts' Notice of Appeal Based Upon a Constitutional Question (COA14-1413) | 1. — |
| | | 2. Def's (Harold K. Jordan and Co., Inc.) Motion to Dismiss Appeal | 2. Allowed |
| 342P15 | State v. Teddy Rudolph King | Def's PDR Under N.C.G.S. § 7A-31 (COA15-54) | Denied |
| 344P15 | State v. Dymond Jevon-Demetrius Moore | Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA15-52) | Denied |
| 345P15-2 | State v. Jonathan Lavon Friend El | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 348P15 | State v. Michael Antony Paige | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1324) | Denied |
| 349P12-2 | Harold Bright Harris, Jr. v. Department of Public Safety, Division of Adult Prisons; Lawrence Parsons | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Dismissed **11/30/2015**  **Ervin, J., recused** |